Mark J. Giunta (#: 015079)
Law Office of Mark J. Giunta
845 N. Third Ave.
Phoenix, AZ 85003-1408
Phone (602) 307-0837
Fax (602) 307-0838

Attorney for John Wharton

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN WHARTON, an individual<br><br>Plaintiff,<br><br>v.<br><br>JOHN PEHRSON and JACY SUE JOBE PEHRSON, Husband and wife, GARY NEIL LOGAN and FRANCES I. LOGAN, Husband and wife, and BRONZE INNOVATIONS LLC, an Arizona limited liability company.<br><br>Defendants. | Case No. CV05-3855-PHX-EHC<br><br>**NOTICE OF SERVICE OF TEMPORARY RESTRAINING ORDER** |

Plaintiff, John Wharton ("Wharton"), through undersigned counsel, has directly served the Civil Cover Sheet, Complaint, Application For Temporary Restraining Order Without Notice, Order To Show Cause And Preliminary Injunction, Declaration Of Plaintiff's Attorney Mark J. Giunta As Required By Rule 65(b), Temporary Restraining Order And Order To Show Cause and the Notice of Depositing Security filed in the above captioned matter, ("Pleadings") to the last known counsels for John Pehrson ("Pehrson") and Neil Logan ("Logan"), which are Al Schmeiser of the law firm of Schmeiser Olsen & Watts and Grant Woods of Grant Woods PC via email on December 1, 2005. Attached hereto as Exhibit 1 is the email enclosure of the Pleadings. Wharton through his process server, Fleming Attorney Service ("Fleming") served Bronze Innovations, LLC, through its statutory agent Vince Tranchita on December 3, 2005 and an affidavit of service from Fleming shall be forthcoming and filed with the Court. Fleming has also attempted to serve

Pehrson and Logan the Pleadings, but they have since moved from their prior locations and the attempt to serve is ongoing.

DATED this 5th day of December, 2005.

/s/ 015079
Mark J. Giunta
845 North Third Ave.
Phoenix, Arizona 85003-1408

2

**EXHIBIT 1**

# Kesha Jennings

**From:** Kesha Jennings [keshamarie20@qwest.net]
**Sent:** Thursday, December 01, 2005 5:00 PM
**To:** 'gw@grantwoodspc.net'; 'alscheimser@iplawus.com'
**Subject:** Wharton v. Pehrson, et al

Attached are copies of the Civil Cover Sheet, Complaint, Application For Temporary Restraining Order Without Notice, Order To Show Cause And Preliminary Injunction, Declaration Of Plaintiff's Attorney Mark J. Giunta As Required By Rule 65(b), Temporary Restraining Order And Order To Show Cause and the Notice of Depositing Security filed by the Plaintiff John Wharton.

Kesha M. Jennings, Legal Assistant
Law Office of Mark J. Giunta
845 N. 3rd Ave.
Phoenix, AZ  85003-1408
602.307.0837 (wk)
602.307.0838 (fax)

12/5/2005